IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| CLIFTON DWAIN TUELL, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-793-C |
| | ) | |
| GARFIELD COUNTY JAIL, | ) | |
| | ) | |
| Respondent. | ) | |

JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Suzanne Mitchell on August 14, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus is dismissed without prejudice.

IT IS SO ORDERED this 24th day of September, 2014.

ROBIN J. CAUTHRON
United States District Judge